## WALLS et al. v. STEED.

EVANS, P. J. No error of law is complained of, and the verdict is supported by the evidence. *Judgment affirmed. All the Justices concur.*

DECEMBER 12, 1916.

Complaint. Before Judge Freeman. Heard superior court. December 31, 1915.

*Smith, Reese & Smith,* for plaintiff in error.

*Frank S. Loftin,* contra.